ELIZABETH R. FONDILLER, Respondent, v. RICHARD FONDILLER et al., Appellants.—

No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ. [179 Misc. 1086.]

ELIZABETH R. FONDILLER, Appellant, v. RICHARD FONDILLER et al., Respondents.— No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

SAMUEL I. POSEN et al., Suing on Their Own Behalf and on Behalf of All Other Stockholders of Universal Pictures Company, Inc., Similarly Situated, Respondents, v. J. CHEEVER COWDIN et al., Respondents, J. ARTHUR RANK et al., Defendants, and MAURICE DEUTSCH, Intervener, Defendant-Appellant.—

Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.; Martin, P. J., taking no part.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CERANA APARTMENTS CORPORATION, Appellant, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Respondents.—

Settle order on notice. Present — Townley, Untermyer, Dore, Cohn and Callahan, JJ.

DAVID ROBBINS, Respondent, v. MAURICE SIMMONS, Appellant.—

Present — Townley, Glennon, Dore, Cohn and Callahan, JJ.

PETER CASELLA, Respondent, v. MAURICE SIMMONS, as Property Clerk of the Police Department of the City of New York, Appellant.—

Present — Townley, Glennon, Dore, Cohn and Callahan, JJ.

IRWIN M. COANE, Individually and as a Stockholder of American Distilling Company, Suing on His Own Behalf and on Behalf of Said Corporation, Respondent-Appellant, IDA GELFAND, Individually and as a Stockholder of American Distilling Company, Suing on Her Own Behalf and on Behalf of Stockholders Similarly Situated, Appellant-Respondent, CRAFTSMEN FINANCE & MORTGAGE CO., INC., et al., Respondents, and ESTHER GARWIN et al., Plaintiffs, v. AMERICAN DISTILLING COMPANY et al., Appellants-Respondents, et al.,